IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


SUZANNE AARON,

      Appellant/Cross-Appellee,

 v.                             Case No.  5D21-1429
                                   LT Case No. 2018-DR-440

DENNIS HUMBERSTONE,

      Appellee/Cross-Appellant.

_____/

Decision filed July 19, 2022

Appeal from the Circuit Court
for Sumter County,
Michelle T. Morley, Judge.

Shannon McLin and Melissa Alagna,
of Florida Appeals, Orlando, for
Appellant/Cross-Appellee.

John N. Bogdanoff, of The Carlyle
Appellate Law Firm, Orlando, for
Appellee/Cross Appellant.

PER CURIAM.

     AFFIRMED.


WALLIS, SASSO and WOZNIAK, JJ., concur.